# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

FILED BY _____ D.C.
05 SEP 15 PM 1:15
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| RAYMOND ANDREW CLARK, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-1092-T/An |
| TONY PARKER, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION TO ISSUE WRIT OF HABEAS CORPUS IF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS GRANTED

Plaintiff Raymond Andrew Clark has filed a motion asking the Court to issue a writ of habeas corpus in this case if he is successful on his pending motion for summary judgment in a related case brought pursuant to 42 U.S.C. § 1983, docket no. 04-1174-T/An. Plaintiff states that such a conditional issuance of the writ is necessary because the relief granted in the § 1983 action would not necessarily be an immediate release from prison.

While essentially the same issues are raised in both cases, the Court will not make any advance, conditional rulings regarding the relief to be granted in either case. Therefore, plaintiff's motion is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

15 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01092 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Raymond Andrew Clark
W.T.S.P.
292729
P.O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT