# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

RAYMOND CLARK,

v.

DAVID MILLS.,                     CASE NUMBER:    1:05-1092-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/14/2005, this case is hereby DISMISSED. The Court DENIES a certificate of appealability and also CERTIFIES that any Appeal by plaintiff is not taken in good faith. If petitioner files a notice of appeal he must also pay the full $255 appellate filing fee or file a motion to proceed In Forma Pauperis and supporting affidavit in the Sixth Circuit Court of Appeals within 30 days.

APPROVED:

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

10/19/05                    BY:    C. Hurd

DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  10/19/05 .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01092 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Raymond Andrew Clark
W.T.S.P.
292729
P.O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT